IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF 7303 HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>JAMES DOUTHITT SEABREEZE FINANCIAL, LLC. J.A.S. FAMILY PARTNERSHIP, KATHLEEN COLT, SUBSTITUTE TRUSTEE, CHARLES LONG, STUMPF, FARRIMOND, PC AND ELBAR INVESTMENTS, INC.,<br><br>Defendants. | CIVIL CASE NO. 4:10-cv-00100 |

## CERTIFICATE OF INTERESTED PARTIES BY KATHLEEN COLT, CHARLES LONG AND STUMPF FARRIMOND, PC

Kathleen Colt ("Colt"), Charles Long ("Long"), and Stumpf Farrimond, PC ("Stumpf") Defendants named in the above referenced case certify that the following have a financial interest in the outcome of this case:

1. Intervenor, Randy W. Williams, Chapter 7 Trustee of the Bankruptcy Estate of 7303 Holdings, Inc.

2. Defendants Kathleen Colt, Charles Long, and Stumpf, Farrimond, PC.

3. Defendant J.A.S. Family Partnership.

4. Defendant Elbar Investments, Inc.

5. Defendant SeaBreeze Financial, LLC.

Counsel for Colt, Long and Stumpf do not know if Elbar Investments, Inc., is publicly traded.

Respectfully submitted,

WINSTEAD PC


By:    */s/ Tom Van Arsdel*
      Tom Van Arsdel
      Attorney-in-Charge
      Texas Bar No. 24008196
      Joseph G. Epstein
      Texas Bar No. 06639320
      S.D. Tex. No. 11733

1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 650-8400 (telephone)
(713) 650-2400 (facsimile)

**ATTORNEYS FOR DEFENDANTS KATHLEEN COLT, CHARLES LONG AND STUMPF FARRIMOND, PC**

## CERTIFICATE OF SERVICE

    I hereby certify that on January ___, 2010, notice of this document will be electronically mailed to the parties registered or otherwise entitled to receive electronic notices pursuant to the Electronic Filing Procedures in this District.

                                */s/ Tom Van Arsdel*
                                One of Counsel