IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Randy W. Williams | § § § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. H-10-100 |
| Seabreeze Financial, L.L.C. | § § § |
| Defendant. | § |

## NOTICE OF TRANSFER

This case is transferred to United States Bankruptcy Court for the Southern District of Texas pursuant to General Order No. 2005-6. Related bankruptcy case 08-36698 - Chief Judge Marvin P. Isgur presiding.

David J. Bradley, Clerk of Court

Deputy Clerk